JS-6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL LEWIS,<br><br>        Petitioner,<br><br>    v.<br><br>ERIC ARNOLD, Warden,<br><br>        Respondent. | Case No. CV 16-5714-CAS (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

DATED: November 19, 2019

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL LEWIS, | Case No. CV 16-5714-CAS (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| ERIC ARNOLD, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 19, 2019

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE